# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 697 MAL 2015 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| | : | |
| KENNETH MACONEGHY, JR., | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of August, 2016, the Petition for Allowance of

Appeal is **GRANTED**, **LIMITED TO** the issue set forth below.

    Whether the Superior Court erred in finding that Dr. Novinger's statement
that he believed the child was victimized encroached on the jury's function
as sole arbiter of credibility when the case law that the Superior Court
relied on does not warrant such a result.

Justice Wecht did not participate in this decision.